**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| PATRICIA BRITTAIN AKA PATRICIA MAINES, ADMINISTRATOR OF ESTATE OF BARBARA ANN MAINES, | : No. 498 MAL 2014 : |
| Respondent | : Petition for Allowance of Appeal from the : Order of the Superior Court : |
| v. | : : : : |
| HOPE ENTERPRISES FOUNDATION INCORPORATED, AND/OR HOPE ENTERPRISE INC. AND/OR WILLIAM BIRT, HEATHER PETERS, AND/OR SELECTIVE INSURANCE COMPANY OF AMERICA, | : : : : : : |
| Petitioners | : |

| | |
|---|---|
| PATRICIA BRITTAIN AKA PATRICIA MAINES, ADMINISTRATOR OF ESTATE OF BARBARA ANN MAINES, | : No. 499 MAL 2014 : |
| Respondent | : Petition for Allowance of Appeal from the : Order of the Superior Court : |
| v. | : : : : |
| HOPE ENTERPRISES FOUNDATION INCORPORATED, AND/OR HOPE ENTERPRISE INC. AND/OR WILLIAM BIRT, HEATHER PETERS, AND/OR SELECTIVE INSURANCE COMPANY OF AMERICA, | : : : : : |
| Petitioners | : |

**<u>ORDER</u>**

**PER CURIAM**

      **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**. Further, Petitioners' Application for Leave to File Reply in Further Support of Petition for Allowance of Appeal is **DENIED**.